**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-2215**

_____

NICOLE YVETTE WINSTON,

        Plaintiff - Appellant,

   v.

KEYBANK,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:22-cv-02800-TDC)

_____

Submitted:  January 17, 2023                      Decided:  January 19, 2023

_____

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Nicole Yvette Winston, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nicole Yvette Winston appeals the district court's order dismissing her civil action without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Winston v. Keybank*, No. 8:22-cv-02800-TDC (D. Md. filed Nov. 8, 2022 & entered Nov. 9, 2022). We deny Winston's motion to seal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*